**Order entered August 4, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00020-CV

**SEAN PAGE, Appellant**

**V.**

**GUADALUPE DE LA CRUZ, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05249-2020**

### ORDER

Before the Court is appellant's August 2, 2022 motion for an extension of time to file a corrected brief. We **GRANT** the motion and **ORDER** the corrected brief tendered to this Court on August 2, 2022 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE